■ ALISON E. CLAPP, Appellant, v LABOEUF, LAMB, LEIBY & MACRAE, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Diane A. Lebedeff, J.), entered on March 18, 1992, unanimously affirmed for the reasons stated by Lebedeff, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Kupferman and Ross, JJ.